**KOHN, SWIFT & GRAF, P.C.**
Jonathan N. Shub (SBN 237708)
Email: jshub@kohnswift.com
One South Broad Street
Suite 2100
Philadelphia, PA 19107
Telephone: (215) 238-1700

Attorneys for Plaintiff, Sara Hawes

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA HAWES, On behalf of Herself and All Others Similarly Situated, | Case No. 2:16-cv-01784-DMG AFM <br><br> **JOINT NOTICE OF SETTLEMENT** <br><br> **HONORABLE DOLLY M. GEE** |
| v. | |
| WAIST GANG SOCIETY, LLC, <br><br> Defendant. | |

**JOINT NOTICE OF SETTLEMENT**

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to L.R. 40-2, Plaintiff and Defendant have reached a settlement in the above-referenced case. A formal settlement agreement will be circulated between the parties for review and approval. At the advisement of the Court, an executed Stipulation of Dismissal of the entire action will be filed once all of the appropriate signatures have been obtained. Counsel estimates that an executed Stipulation of Dismissal will be filed within 30 days of the date of this Notice.

IT IS SO STIPULATED.

DATED: June 20, 2016

| KOHN, SWIFT & GRAF, P.C. | SALAZAR JACKSON LLP |
|---|---|
| By:   /s/ Jonathan Shub | By:   /s/ Luis Salazar |
| Jonathan N. Shub | Luis Salazar |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

**JOINT NOTICE OF SETTLEMENT**